UNITED STATES of America,
Plaintiff–Appellee,

v.

Arturo ORGANES–GANDAVILLA,
a.k.a. Arturo Organes Gandavilla,
Defendant–Appellant.

No. 06–11135
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 17, 2006.

Hector Flores, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Jeanne Marie Mullenhoff, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Arturo Organes–Gandavilla appeals his combined sentence of 228 months of imprisonment for conspiracy to possess with intent to distribute five or more kilograms of cocaine while on board a vessel, 46 U.S.C.App. § 1903(a), possession with intent to distribute five or more kilograms of cocaine while on board a vessel, 46 U.S.C.App. § 1903(j), and possession of a firearm during and in relation to a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A). Organes–Gandavilla argues that his sentence is unreasonable because of an unwarranted sentencing disparity between his sentence and the sentences of his co-conspirators. We affirm.

"We review the sentence imposed by the district court for reasonableness." *United States v. Talley*, 431 F.3d 784, 786 (11th Cir.2005). "[W]hen the district court imposes a sentence within the advisory Guidelines range, we ordinarily will expect that choice to be a reasonable one." *Id.*

Section 3553 of the sentencing guidelines includes as a sentencing factor "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6). The district court considered this factor and found that the greater sentence imposed on Organes–Gandavilla was not unwarranted because Organes–Gandavilla was responsible for a firearm. The sentence imposed was not unreasonable.

The sentence is

**AFFIRMED.**